Form NUCF

# UNITED STATES BANKRUPTCY COURT
### *for the*
### Northern District of California

| In re Debtor(s): | Case No.: 13–50914 CN 13 |
|---|---|
| Carlos Serrano Dominguez | Chapter: 13 |

**Notice of Deficient Application for Unclaimed Dividends**

CLAIMANT: Creditor Carlos Serrano Dominguez       CLAIM: 12440.61

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service
☐ The Affidavit was not submitted.
☐ The Affidavit was not signed.
☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.

☐ A current photo id was not included with the application.

☐ An original business card was not included with the application.

☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.

☐ You did not submit a document that verifies your current address.

☐ An authorization to collect funds was not included with the application.

☐ The Power of Attorney has expired.

☑ Other: The Certificate of Service on the second page of the application was not completed.

The W–9 was not completed. There is no address and no signature on the form.
Call number below if there are questions.

The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 12/1/2014 . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to: U.S. Bankruptcy Court, PO Box 7341, San Francisco, CA 94120–7341. Attention: Toni Taylor

Dated: 10/30/14               For the Court:

                              Edward J. Emmons
                              Clerk of Court
                              United States Bankruptcy Court

                              By: Toni Taylor
                                  (415)268–2335
                                  Toni_Taylor@canb.uscourts.gov