

The following constitutes
the order of the court. Signed January 21, 2015

Charles Novack
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:  
Carlos Serrano Dominguez

Case No. 13-50914 CN

Chapter No. 13

Debtor

**ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check(s) made payable to Carlos Serrano Dominguez in the total amount of $12,440.61 was not cashed within the 90 day limit and an unclaimed money report was entered on 09/03/2014 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Carlos Serrano Dominguez is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $12,440.61 to the order of Carlos Serrano Dominguez

and mail to 375 Blueridge Ct
Soledad CA 93960

**End of Order**
**No Service List Requested**